PHILLIP D. WHITE
Full name(s)

I.D.O.C # 139597
Prisoner or registration number

P.O. Box 900
Street address or postal box number

BUNKER HILL, INDIANA 46914
City, State and zip code

2006 MAY -1 PM 5: 39

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

## 1:06-cv-0704-DFH-TAB

Civil Action No. _____
(To be supplied by the Court)

PHILLIP D. WHITE
_____ Plaintiff(s)
Full name(s) (Do not use *et al.*)

v.

CORRECTIONAL CORPORATION OF AMERICA

Captain Rucker, Officer Kembell, Officer

Mink
_____ Defendant(s).
Full name(s) (Do not use *et al.*)

## CIVIL RIGHTS COMPLAINT

### A. PARTIES

1. I, Phillip D. White #139597 , am a citizen of INDIANA
   (Plaintiff name and prisoner or registration no. if applicable)                                    (State)

and presently reside at P.O. Box 900 / Miami Correctional Facility
                        (mailing address or place of confinement)

2. Defendant __KEMBELL__ is a citizen of __INDIANA__
   (name of first defendant)                    (State)

whose address is __700 E. Washington St, Indianapolis, In. 46204__

and who is employed as __Corrections Officer__.

3. Defendant __Mink__ is a citizen of __INDIANA__
   (name of second defendant)                   (State)

whose address is __700 E. Washington St, Indianapolis, In. 46204__

and who is employed as __Corrections Officer__.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. This cause of action is brought pursuant to (CHECK ONE)

   ✓ 42 U.S.C. § 1983 (applies to state prisoners)

   ___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (applies to federal prisoners)

2. _____ Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

On April 29, 2004, I Phillip D. White, was being transferred by Van, to the Wishard Memorial Hospital by officer Kembell, the driver and officer Mink, the passenger. Upon arriving to the hospital I was treated for an injury which occurred at the Corrections Corporation of America (C.C.A.). After the visit to the hospital, officer Mink couldn't find

(Continues on 2B)

N. Defendant <u>Rucker</u> is a citizen of Indiana whose address is <u>700 E. Washington St. Indianapolis, Indiana 46204</u> and who is employed as <u>Captain</u>.


Continues from page 2. - Nature of the Case    Pg 4 B

— the lockbox for my handcuffs. He then asked officer Kembell to go to C.C.A. to get another lockbox so I, (Phillip D. White) could be properly handcuffed. C/o Kembell decided that they could make a quick run and could get the Plaintiff back to C.C.A. without wasting time by handcuffing the Plaintiffs behind his back, without the lockbox, which is/was not the proper way(s) to transport pretrail detainees / inmates. As the van travelled east, the plaintiff felt the van picking up speed. The Plaintiff also heard officer Mink tell the driver, ofc. Kembell, to slow down. Once the plaintiff looked up at the traffic signal it was yellow. The plaintiff then yelled "Don't run the red light," as did the passenger. The driver ofc. Kembell continued at a speed, which by the plaintiffs knowledge was 60 M.P.H. and then yelled "Fuck". As C/o Kemball slammed on the breaks and "fish-tailed" barely missing the bumper of another car. The Plaintiff (Phillip D. White) was thrown from the sitting position that I (Phillip D. White) was in, head first into the metal gate. Once the brakes were released the plaintiff was slammed onto the floor of the van. The Plaintiff suffered a head injury in which the C.C.A., Captain Rucker, was the first at the scene to take pictures and put the plaintiff on a strecter provided by the nursing staff. The nursing staff measured the injury to the plaintiffs head, took pictures, and observed the plaintiff in the medical observation area. However, the plaintiff did not receive any further or future assistance or relief while at Wishard Hospital.

The plaintiff at times suffers from "Blackouts", pains to the right side of his body, an ankle injury to which an ankle brace was prescribed. And the Correctional staff refused to send the plaintiff back to Wishard Hospital for treatment or diagnosis of any medical injuries and/or conditions mentioned.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** U.S.C.A. Const. Amendment 8, 42 U.S.C.A § 1983. Eight Amendment violation; Deliberate indifference; to plaintiffs health and safety. ESTELLE V. GAMBLE 97 S.Ct. 285 (1976)

**Supporting Facts:** (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

On April 29, 2004 the plaintiff was being transferred by van to the Wishard Hospital by officer Kembell, (driver) and officer Mink, (passenger). After being treated for an injury which occurred at the Corrections Corporation of America. The plaintiff was unproperly transferred d/o to Correctional officers not having a lockbox. Where during transportation of plaintiff from the hospital to C.C.A. The van which was transporting the plaintiff ran a red light. When officer Kembull slammed on the brake the plaintiff fell head first into a cage then on the floor. Which had the the plaintiff receiving stitches to his head. This accident is what lead to the plaintiffs injuries.

**Claim II:** U.S.C.A. Const Amend 8, 42 U.S.C.A. § 1983. Eight Amendment violation, Deliberate indifference, to the plaintiffs health and safety.

3

**Supporting Facts:**

On April 29, 2004 c/o Kimball transport driver for the Correctional Corporations of America acted deliberate indifferent in failing to abide by traffic regulations, failing to take traffic safety requirements and yielding to stop at a traffic lights. Which caused injury to the plaintiffs head.

**Claim III:** U.S.C.A. Const. Amendment 42.U.S.C.A §1983. Eight Amendment Violation (Being) Deliberate Indifference. To the plaintiffs health, safety and wellbeing

**Supporting Facts:**

On April 29, 2004 officials employed at the Correctional Corporations of America were deliberate indifferent in their actions for failing and/or refusing to call emergency units to transport the Plaintiff (by Ambulance) to Wishard Memorial Hospital to secure any medical injuries and complications that this incident caused or could have developed into.

4

CLAIM IV  U.S.C.A Const Amendment 42.U.S.C.A. § 1983 Eight ~~Amendment~~ Amendment Violation Cruel and Unusual punishment

On April 29, 2004, officers Kembell and Munk transported the plaintiff Phillip D. White from the Wishard Hospital to the Correctional Corporations of America at 700 E. Washington St. 46204; without properly securing him with a handcuff lockbox; but instead improperly secured him by handcuffing the plaintiff behind his back, putting him at potential risk and harm, by not placing him in a secure seatbelt and for running a red light.

CLAIM V  U.S.C.A. Const Amend 42 U.S.C.A. § 1983 Eight Amendment Violation. Deliberate indifference and negligence.

On April 29, 2004 at the scene of the incident C.C.A- Captain Recker arrived, took pictures, observed the Plaintiff in an observation area on a stretcher, but did not transport the plaintiff to the Wishard Hospital for further observation that could have prevented ongoing medical complications

4B

### E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? ✓ Yes ___ No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

a. Parties to previous lawsuit:

Plaintiff(s): PHILLIP D. WHITE

Defendant(s): C/o Kembell, C/o Minks (officer(s)), Captain Rucker, Nurse and staff Asst Warden Formley (Chief of Security.

b. Name and location of court and docket number United States District Court 1:05-CV-0701-LJM-WTL INDIANAPOLIS DIVISION

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?)
Dismissed pursuant to 28: U.S.C. § 1915 A(b).

d. Issues raised: NEGLIGENCE

e. Approximate date of filing lawsuit: April 15, 2005

f. Approximate date of disposition: August 15, 2005

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D. ___Yes ___No.

If your answer is "Yes," briefly describe how relief was sought and the result.

5

3. I have exhausted available administrative remedies. ____ Yes ✓ No. If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion. If your answer is "No," briefly explain why administrative remedies were not exhausted.

No administrative remedies were filed to the best of the plaintiff's recollection. It was not proper procedure to the best of the plaintiff's knowledge that he had to file grievances or administrative remedies to the court of Medical Department a Correctional Corporations of America.

### F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in any court of the United States while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

a. Parties to previous lawsuit:

   Plaintiff(s): PHILLIP D. WHITE

   Defendant(s): Officers Kembell, MINK, Captain Rudas, Nursing Staff, Ass't Warden Farley

b. Name and location of court and docket number: Southern District of Indianapolis 1:05-cv-00701-LJM-WTL (cheif of Security)

c. Grounds for dismissal: ( ) frivolous ( ) malicious (✓) failure to state a claim upon which relief may be granted.

d. Approximate date of filing lawsuit: April 15, 2005

e. Approximate date of disposition: August 15, 2005

6

## G. REQUEST FOR RELIEF

I request the following relief:

Compensatory, Punitive, and declatory damages, Damages from physical injury/injuries and emtional distress. And any claims of relief that the court deem just and proper.

_____                    *Phillip White*
Original signature of attorney (if any)        Prisoner's Original Signature

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is **true and correct**.

Executed at P.O. Box 900 N-129 on 04-25-06
(location) Bunker Hill, Ind    (date)
46914

*Phillip White*
Prisoner's Original Signature

7